

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is keeping a bawdy house; the punishment, 20 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is assault with intent to murder; the punishment, 2 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**R. W. BANKS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27965.

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

**Hazel KENNEDY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27941.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

